# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 96-30970
Summary Calendar

LLOYD P. LARRIEU,

Plaintiff-Appellant,

versus

NEW ORLEANS AVIATION BOARD,

Defendant-Appellee.

Appeal from the United States District Court
For the Eastern District of Louisiana
(95-CV-2270)

February 13, 1997

Before POLITZ, Chief Judge, DAVIS and DENNIS, Circuit Judges.

PER CURIAM:[*]

Lloyd Patrick Larrieu appeals an adverse summary judgment in his action

claiming ownership of approximately 1492 acres of land within the perimeters of

the New Orleans International Airport. Our review of the record and briefs

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

discloses no error in the trial court's disposition. On the basis of the undisputed facts found, authorities cited, and reasoning of the trial judge in his comprehensive Orders and Reasons entered herein on August 13, 1996, we AFFIRM.